# Unclaimed Funds

Entered 1/1/2001 to 12/1/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 09-44836 -msh  19406932 | 1527 Grafton St  Millbury, MA 01527 | 1,452.58 | 12/01/2014 |

**Grand Total: 1,452.58**